**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ROBERT HAYES,

    Plaintiff,

v.                                         CASE NO. 4:10cv541-MP-CAS

SECRETARY, FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 11, 2012. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's motion to dismiss (doc. 21) is DENIED, defendant is directed to file an answer to plaintiff's second amended complaint.

    3.    This case is REMANDED to the magistrate judge for further proceedings.

**DONE and ORDERED** this 11th day of July, 2012.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS
                                  CHIEF UNITED STATES DISTRICT JUDGE**