**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ROBERT HAYES,

       Plaintiff,

v.                                   CASE NO. 4:10-cv-00541-MP-CAS

SECRETARY, FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,

       Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 1, 2013. (Doc. 57). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion for temporary restraining order and a preliminary injunction (doc. 49) is DENIED.

3.      Defendant's motion for summary judgment (doc. 43) is GRANTED and the Clerk
        is directed to enter judgment for the defendant on all claims.

**DONE AND ORDERED** this _26th_ day of September, 2013

         *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge